No. 62896.—Henri Bendel, Inc. *v.* United States, protest 325177–K (New York).

Opinion by MOLLISON, J. When the protest was called for trial, it appeared that the merchandise had been erroneously assessed and that the correct rate was as claimed. The protest was sustained accordingly.

No. 62897.—Indussa Corp. and W. J. Byrnes & Co. of New York, Inc. *v.* United States, protest 305310–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of grinding wheels the same in all material respects as those the subject of *Swiss Manufactures Association, Inc., et al.* v. *United States* (39 Cust. Ct. 227, C.D. 1933), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 26, 1959

No. 62898.—Martin M. Jordan Corp. et al. *v.* United States, protests 58/6087, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of harness hardware for use with harness for dogs the same in all material respects as that involved in *International Expediters, Inc., et al.* v. *United States* (38 Cust. Ct. 230, C.D. 1868), the claim of the plaintiffs was sustained.